# Commonwealth *v.* Williams, Appellant.

*Appeals—Interlocutory order—Refusal to quash indictment—Criminal law.*

An order overruling a motion to quash an indictment is an interlocutory order from which no appeal lies.

Argued March 12, 1912.    Appeal, No. 30, March T., 1912, by defendant, from order of Q. S. York Co., April Term, 1911, No. 75, overruling motion to quash indictment in case of Commonwealth v. Charles F. Williams. Before Rice, P. J., Henderson, Morrison, Orlady and Head, JJ.    Appeal quashed.

Motion to quash indictment.    Before Wanner, J.

The court below made an order overruling the motion to quash the indictment.

*Error assigned* was the order of the court.

*John J. Bollinger* and *John A. Hoober,* for appellant.

*James St. Clair McCall, Frank M. Bortner* and *Ray P. Sherwood,* for appellee.

Per Curiam, March 14, 1912:

Now, March 14, 1912, the motion to quash the appeal is allowed and the appeal is quashed upon the ground that the order appealed from is interlocutory.